UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SCORPIO 8283 LLC,
:
                Plaintiff,
:
                Civil Action No. _____
      v.
:
2220 EQUITIES MANAGEMENT LIMITED
PARTNERSHIP and MYCA, LLC,            :        **Rule 7.1 Statement**

                Defendants.        :        **08 CIV. 0510**
:
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Scorpio 8283 LLC (a private non-governmental party) certifies that the foregoing party is a limited liability company that has no parent corporation and is not a publicly held corporation.

Date: Jan. 18, 2008

                                                                    **Signature of Attorney**