UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCORPIO 8283 LLC,

                Plaintiff,

    -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 510 (CLB)
**FILED BY ECF**

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration Of Michael D. Lockard In Support Of Defendants' Joint Motion To Dismiss The Complaint, and exhibits attached thereto; Declaration Of Sara Minskoff Allan In Support Of Defendants' Joint Motion To Dismiss The Complaint, and exhibits attached thereto; Declaration Of Royanne Minskoff In Support Of Defendants' Joint Motion To Dismiss The Complaint, and exhibits attached thereto; Memorandum Of Law In Support Of Defendants MYCA, LLC's And 2220 Equities Management Limited Partnership's Joint Motion To Dismiss The Complaint; and Defendants MYCA, LLC's and 2220 Equities Management Limited Partnership's Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Joint Motion For Summary Judgment; the undersigned, on behalf of MYCA, LLC and 2220 Equities Management Limited Partnership, will move this Court before Part 1, at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 218 on April 4, 2008, at 9:30 a.m., or such other time or date as the Court desires, pursuant to Rules 12(b)(6), 12(b)(7), 19(b) and 56 of the Federal Rules of Civil Procedure to dismiss plaintiff Scorpio 8283 LLC's

Complaint for failure to join indispensable parties or, in the alternative, to dismiss the Complaint's second cause of action for a permanent injunction.

Dated: February, 28 2008

          Respectfully submitted,

          AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
          Michael D. Lockard (ML 2836)
          Rebecca N. Loubriel (RL 4726)
          590 Madison Avenue
          New York, NY 10022
          Telephone: (212) 872-7439
          Facsimile: (212) 872-1002

*Counsel for defendant MYCA, LLC*

- and -

WHITEMAN OSTERMAN & HANNA LLP
Philip H. Gitlen (PG 9603)
Christopher E. Buckey (CB 0187)
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
Facsimile: (518) 487-7777

*Counsel for defendant*
*2220 Equities Management Limited*
*Partnership*

TO:    WILLKIE FARR & GALLAGHER
        Thomas H. Golden
        787 Seventh Avenue
        New York, New York 10019

        *Attorneys for plaintiff Scorpio 8283 LLC*