UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCORPIO 8283 LLC,

                Plaintiff,

-against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 510 (CLB)
FILED BY ECF

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MYCA, LLC (a private non-governmental party) certifies that the foregoing party is a limited liability company that has no parent corporation and is not a publicly held corporation.

Dated: February 28, 2008

                Respectfully submitted,

                AKIN GUMP STRAUSS HAUER & FELD LLP

                By: _____
                     Michael D. Lockard (ML 2836)
                     Rebecca N. Loubriel (RL 4726)
                     590 Madison Avenue
                     New York, NY 10022
                     Telephone: (212) 872-7439
                     Facsimile:  (212) 872-1002

                *Counsel for defendant MYCA, LLC*