## CERTIFICATE OF SERVICE

I, Michael D. Lockard, an attorney with the law firm of Akin Gump Strauss Hauer & Feld, hereby certify that on this 28th day of February 2008, I caused to be served, via email delivery a copy of (1) the Declaration Of Michael D. Lockard In Support Of Defendants' Joint Motion To Dismiss The Complaint; (2) the Declaration Of Sara Minskoff Allan In Support Of Defendants' Joint Motion To Dismiss The Complaint; (3) the Declaration Of Royanne Minskoff In Support Of Defendants' Joint Motion To Dismiss The Complaint; (4) the Memorandum Of Law In Support Of Defendants MYCA, LLC's And 2220 Equities Management Limited Partnership's Joint Motion To Dismiss The Complaint; (5) Defendants MYCA, LLC's and 2220 Equities Management Limited Partnership's Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Joint Motion For Summary Judgment; (6) defendant MYCA, LLC's Rule 7.1 Statement; and (7) defendant 2220 Equities Management Limited Partnership's Rule 7.1 Statement to:

>WILLKIE FARR & GALLAGHER
>Thomas H. Golden
>787 Seventh Avenue
>New York, New York 10019
>
>*Counsel for plaintiff Scorpio 8283 LLC*

Dated: New York, New York
February 28, 2008

_____
Michael D. Lockard