UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 0510
DATE FILED: JANUARY 18, 2008

SCORPIO 8283, LLC,

Plaintiff(s)

against

2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP, et al.

Defendant(s)

STATE OF IDAHO , COUNTY OF ADA , SS.:                AFFIDAVIT OF SERVICE

_____Mark Schmitt_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Boise, ID_____ . That on _____February 8, 2008_____ at _____12 00 PM_____ , at _____2220 E. GOSSAMER LANE, BOISE, ID 83706_____ deponent served the within _____Summons In A Civil Case and Complaint, Civil Cover Sheet, Indiv Practices of Judge Charles L. Brieant, Rule 7.1 Statement USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing._____ on _____2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP_____

a(n) _____defendant herein_____ , by delivering thereat a true copy thereof to _____ALAN MINSKOFF, Officer_____ , personally, deponent knew said _____defendant herein_____ so served to be the _____defendant herein_____ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _____defendant herein_____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _____Male_____ Skin Color: _____White_____ Hair Color: _____Silver_____
Age: _56 - 65 Yrs._ Height: _5' 7" - 5' 8"_ Weight: _146 - 180 Lbs._ Other: _Person served wore glasses_

Sworn to before me on this _26_ day of _____February, 2008_____

_____Mark Schmitt_____
Mark Schmitt
Server's Lic. #

Affidavit # 9997647

ATTORNEY: Willkie, Farr & Gallagher LLP , Ph: 212-728-8790
ADDRESS: 787 Seventh Avenue New York City, 10019  File No.:

*Pro-File Lawyer's Services - 821 Franklin Ave., Garden City, NY 11530 - 516-747-1330 - fax 516-747-1166*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Scorpio 8283, LLC, Plaintiff

V.

MYCA, LLC and 2220 Equities Management
Limited Partnership, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CIV. 0510

TO: (Name and address of Defendant)

MYCA, LLC
220 Sunrise Ave., Room 212; Palm Beach, FL  33480

2220 Equities Management Limited Partnership
2200 E. Gossamer Lane; Boise, ID  83706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Golden
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

CLERK _[signature]_

(By) DEPUTY CLERK

JAN 1 8 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                        *Signature of Server*

                                                        _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.