UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 0510
DATE FILED: JANUARY 18, 2008

## SCORPIO 8283, LLC,

Plaintiff(s)

against

## 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP, et al.

Defendant(s)

STATE OF FLORIDA, COUNTY OF PALM BEACH, SS.:     AFFIDAVIT OF SERVICE

___Jonathan Levy___ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Boca Raton, FL___. That on ___February 8, 2008___ at ___11 25 am___, at ___220 Sunrise Avenue, Room 212, Palm Beach, FL 33480___ deponent served the within Summons In A Civil Case and Complaint, Civil Cover Sheet, Indiv Practices of Judge Charles L. Brieant, Rule 7.1 Statement USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Proceudres for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing.

on ___MYCA, LLC___

a(n) ___defendant herein___, by delivering thereat a true copy thereof to ___Robert Allen, Officer___, personally, deponent knew said ___defendant herein___ so served to be the ___defendant herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___defendant herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: ___Male___  Skin Color: ___White___  Hair Color: ___Salt & Pep___
Age: ___56 - 65 Yrs.___  Height: ___5' 9" - 5' 10"___  Weight: ___181 - 210 Lbs.___  Other: _____

Sworn to before me on this ___26___ day of ___February, 2008___

NOTARY PUBLIC STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Jonathan Levy
Server's Lic. # 887 CPS

Affidavit # 9997648

ATTORNEY: Willkie, Farr & Gallagher, LLP , Ph: 212-728-8790
ADDRESS: 787 Seventh Avenue New York NY 10019   File No.:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       New York

Scorpio 8283, LLC, Plaintiff

V.

MYCA, LLC and 2220 Equities Management
Limited Partnership, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 0510**

TO: (Name and address of Defendant)

MYCA, LLC
220 Sunrise Ave., Room 212; Palm Beach, FL 33480

2220 Equities Management Limited Partnership
2200 E. Gossamer Lane; Boise, ID 83706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Golden
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

CLERK

(By) DEPUTY CLERK

JAN 18 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.