UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCORPIO 8283, LLC,

        Plaintiffs,

-against-                                Index No.: 08 CV 510 CLB
                                                  **FILED BY ECF**

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

        Defendants.

---

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher E. Buckey, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant 2220 Equities Management Limited Partnership in the above-captioned actions.

Dated: Albany, New York
       April 18, 2008                     WHITEMAN OSTERMAN & HANNA LLP

                                       BY: _____
                                               Christopher E. Buckey (CB 0187)
                                               Counsel for Defendant 2220 Equities
                                                    Management Limited Partnership
                                               One Commerce Plaza
                                               Albany, NY 12260
                                               (518) 487-7600

## CERTIFICATE OF SERVICE

I, Kimberly A. Crawford, hereby certify that a true and correct copy of Defendant 2220 Equities Management Limited Partnership's Notice of Appearance was served this 18th day of April, 2008, via ECF upon the ECF participants.

_____
Kimberly A. Crawford