# AKIN GUMP
## STRAUSS HAUER & FELD LLP

Attorneys at Law

REBECCA N. LOUBRIEL
212.872.7479/fax: 212.872.1002
rloubriel@akingump.com

May 1, 2008

VIA FACSIMILE

Hon. Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601
Facsimile: (914) 390-4085

Re: *Grant v. MYCA, LLC*, No. 08 CV 508 (CLB) (S.D.N.Y.)
*MLP I v. MYCA, LLC*, No. 08 CV 511 (CLB) (S.D.N.Y.)
*Scorpio 8283 LLC v. MYCA, LLC*, 08 CV 510 (CLB) (S.D.N.Y.)

Dear Judge Brieant:

We represent defendant MYCA, LLC in the above-referenced actions ("Actions"). Pending before the Court are motions to dismiss (the "Motions") filed by defendants MYCA, LLC and 2220 Equities Management Limited Partnership ("2220 Equities"), as well as cross-motions (the "Cross-Motions") filed by plaintiffs Jean Minskoff Grant, MLP I, QCR 77 LLC and Scorpio 8283, LLC (collectively, "Plaintiffs").

Per my conversation with your Deputy Clerk, Ms. Alice Cama, this letter confirms that the oral argument for both the Motions and Cross-Motions in each of the Actions has been adjourned from May 2, 2008, to May 16, 2008. As we explained in an earlier conversation with your chambers, this adjournment was requested by MYCA, LLC, because of the unexpectedly, and on-going, delivery of MYCA, LLC's lead counsel, Michael Lockard's first child. As I explained to Ms. Cama, neither Christopher Buckey, Esq., counsel for defendants 2220 Equities, nor Thomas Golden, Esq., counsel for Plaintiffs, opposes this adjournment, and both have been informed of the re-scheduling.

We very much appreciate the Court's understanding of this situation.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Hon. Charles L. Brieant
May 1, 2008
Page 2

Respectfully submitted,

Rebecca N. Loubriel

cc (via email):
    Thomas Golden, Esq.
    *Counsel for plaintiffs Scorpio 8283, LLC,*
    *Jean Minskoff Grant, MLP I and QCR 77 LLC*

    Christopher Buckey, Esq.
    *Counsel for defendant 2220 Equities*
    *Management Limited Partnership*