## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

June 13, 2008

### SCHEDULING ORDER
08CV508 (CLB)(LMS)
08CV510
08CV511

TO ALL PARTIES:

The matter of **GRANT-V-MYCA** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 25, 2008** at 9:45 AM in Courtroom 420.

Notify any new parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                 June 13, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV508 (CLB)(LMS)
08CV510
08CV511

TO ALL PARTIES:

The matter of     **GRANT-V-MYCA**   has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 25, 2008** at 9:45 AM in Courtroom 420.

Notify any new parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  /s/ Lisa Margaret Smith
—————————————
Hon. Lisa Margaret Smith
U.S.M.J.