UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. 3/01

-----------------------------------------------------------x

GRANT

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

Plaintiff,

-against-

MYCA LLC

Defendant.

08 Civ. 508 (CLB)(LMS)  
08 Civ. 510 (CLB)(LMS)  
08 Civ. 511 (CLB)(LMS)

-----------------------------------------------------------x

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge. The purpose(s) for the reference is/are the following:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | General Pretrial/Including Initial Case Management Conference | \_\_\_\_\_ | Trials under 28 U.S.C. § 636(c) |
| | - or - | | |
| \_\_\_\_\_ | General Pretrial/After Initial Case Management Conference held by District Judge | \_\_\_\_\_ | Inquest (After default) |
| \_\_\_\_\_ | Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT) | \_\_\_\_\_ | Contested Damages Hearing |
| \_\_\_\_\_ | Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT) | \_\_\_\_\_ | Dispositive motion (i.e. motion requiring a report and recommendation) |
| \_\_\_\_\_ | Settlement (Do not check if assigned for GPT) | \_\_\_\_\_ | Habeas Corpus |
| \_X\_ | All purposes permitted by law. | | |

SO ORDERED.

Dated: White Plains, New York

*Charles L. Brieant* (signature)

_____  
Charles L. Brieant, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: